IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,                         No. CIV S-08-2320 LKK GGH

 vs.

THOMAS PARKER,

    Defendant.                         ORDER

_____/

        Plaintiff's motion for default judgment presently is calendared for hearing on March 5, 2009. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The March 5, 2009 hearing on the motion for default judgment, filed January 28, 2009, is vacated; and

        2. The motion is submitted on the record.

DATED: February 26, 2009

                                                        /s/ Gregory G. Hollows

                                                        U. S. MAGISTRATE JUDGE

GGH:076:Johnson2320.vac.wpd