IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,                    No. CIV S-08-2320 LKK GGH

vs.

THOMAS PARKER,

    Defendant.                 ORDER

_____/

        Plaintiff's amended motion for default judgment presently is calendared for hearing on June 11, 2009. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The June 11, 2009 hearing on the amended motion for default judgment, filed April 28, 2009, is vacated; and

        2. The motion is submitted on the record.[1]

DATED: June 9, 2009      /s/ Gregory G. Hollows

                                  U. S. MAGISTRATE JUDGE

GGH:076:Johnson2320.vac2.wpd

---

[1] Plaintiff previously filed a motion for default judgment on January 28, 2009, which was also taken under submission without a hearing on February 26, 2009.

1